UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ASHLEY A. LENARTSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUPREME JUDICIAL COURT OF )<br>PORTLAND MAINE, *et al*. )<br>)<br>Defendants. ) | 2:24-cv-267-LEW |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On July 29, 2024, United States Magistrate Judge Karen Frink Wolf filed with the court, with a copy to Plaintiff Ashley Lenartson, her Recommended Decision After Preliminary Review (ECF No. 4) of Plaintiff's Complaint (ECF No. 1). The time within which to file an objection expired on August 13, 2024, and no objection was filed. The Magistrate Judge notified Plaintiff that failure to object would waive the right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Complaint (ECF No. 1) is dismissed.

**SO ORDERED.**

Dated this 11th day of September, 2024.

/s/ Lance E. Walker
Chief U.S. District Judge